UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CA 06 272T

| | | |
|---|---|---|
| CHUN WO METAL FACTORY, LTD., Plaintiff, | : | |
| v. | : | C.A. No. 06-__________ |
| SPEIDEL, INC., Defendant. | : | |

**COMPLAINT**

PARTIES

1. Plaintiff Chun Wo Metal Factory, Ltd. ("Chun Wo") is a Hong Kong corporation with its principal place of business in Hong Kong.

2. Upon information and belief, Defendant Speidel, Inc. ("Speidel") is a New Jersey corporation with its principal place of business in East Providence, Rhode Island.

JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(2) because it involves citizens of a foreign state and a domestic state and the amount in controversy exceeds $75,000, exclusive of interest and costs.

4. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(a)(2) because a substantial part of the events giving rise to Chun Wo's claims occurred in this District.

FACTS COMMON TO ALL COUNTS

5. In June 2005, Speidel authorized Chun Wo to use Speidel's trademarks in connection with the manufacture and production of watch bands to be sold and issued by Speidel in the United States.

6. Beginning in July 2005 and continuing through October 2005, Speidel issued purchase orders to Chun Wo requesting the manufacture, production and delivery of watch bands.

7. Chun Wo accepted the purchase orders and delivered finished watch bands to Speidel on or before the "Due Date In House" specified in each Speidel's purchase order.

8. Once Chun Wo shipped the watch bands, it sent invoices to Speidel. Chun Wo set a ninety-day period for the payment of its invoices, which was consistent with the period specified in Speidel's purchase orders.

9. Speidel has failed to pay Chun Wo for products manufactured, delivered and sold pursuant to Speidel's purchase orders.

10. Chun Wo has made several demands that Speidel pay in full all of the past due invoices, which total $ 148,132.53.

11. Despite Chun Wo's repeated demands, Speidel has failed to honor its payment obligations owed to Chun Wo.

## COUNT I
## (Breach of Contract)

12. Chun Wo repeats and incorporates the allegations set forth in paragraphs 1 – 11.

13. Speidel and Chun Wo formed a contractual relationship pursuant to Speidel's issuance of purchase orders for watch bands and Chun Wo's manufacturing, production and delivery of such finished products.

14. Speidel's failure to honor its payment obligations constitutes a breach of contract.

15. Chun Wo has suffered damages as a result of Speidel's breaches of contract.

## COUNT II
## (Book Account)

16. Chun Wo repeats and incorporates the allegations in paragraphs 1 - 15.

17. Speidel has failed to pay past due invoices totaling $ 148,132.53.

COUNT III
(Quantum Meruit and Unjust Enrichment)

18. Chun Wo repeats and incorporates the allegations the allegations in paragraphs 1- 17.

19. Under the facts set forth above, it would be inequitable for Speidel to retain the benefit of Chun Wo's products without payment of the value thereof.

WHEREFORE, Chun Wo prays for the following relief:

1. An award of compensatory damages to pay Chun Wo in full for all outstanding invoices that Speidel has failed to honor, which total $ 148,132.53;

2. An award of prejudgment interest on all amounts past due;

3. An award of attorney's fees because of Speidel's failure to honor its contractual payment obligations without any justiciable issue in law or fact to support its non-payment of invoices; and

4. Such other relief as this Court deems just and proper under the circumstances.

PLAINTIFF,
CHUN WO METAL FACTORY, INC.,

By Its Attorneys,

Steven M. Richard

Steven M. Richard (#4403)
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
srichard@nixonpeabody.com

Dated: June 8, 2006