UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHUN WO METAL FACTORY, LTD., Plaintiff, : v. : C.A. No. 06-272-T SPEIDEL, INC., Defendant. :

RECEIVED ... District Court District of Rhode Island

**STIPULATION REGARDING SERVICE OF PROCESS AND EXTENDING RESPONSE DATE**

The parties, acting by the undersigned and authorized counsel, stipulate as follows:

1. On June 17, 2006, the law firm Pannone, Lopes & Devereaux, LLC, accepted service of the Complaint on behalf of Defendant, Speidel, Inc. Service of process has been effectuated to satisfy the requirements of Federal Rule of Civil Procedure 4.

2. Defendant may have up to and including July 17, 2006 to answer or otherwise respond to the Complaint.

PLAINTIFF,

CHUN WO METAL FACTORY, LTD.

By its Attorneys,

Steven M. Richard (#4403)
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (Fax)
srichard@nixonpeabody.com

Dated: ~~June~~ July 6, 2006

DEFENDANT,

SPEIDEL, INC.

By its Attorneys,

Gary R. Pannone (#1927 )
Pannone Lopes & Devereaux, LLC
1800 Financial Plaza
Providence, RI 02903
(401) 824-5100
(401) 824-5123 (Fax)
gpannone@pld-law.com

Dated: June 30, 2006

ENTER

Ernest C. Torres
Chief, U.S. District Judge

DATE 7/13/06

10023589.1