RECEIVED
JUL 20 2006
Records of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHUN WO METAL FACTORY, LTD., Plaintiff,

v. C.A. No. 06-272-T

SPEIDEL, INC., Defendant.

**STIPULATION EXTENDING RESPONSE DATE**

The parties, acting by the undersigned and authorized counsel, stipulate that Defendant may have up to and including August 28, 2006 to answer or otherwise respond to the Complaint. As reason for this Stipulation, the parties state that they are engaged in settlement efforts.

PLAINTIFF,

CHUN WO METAL FACTORY, LTD.

By its Attorneys,

Steven M. Richard (#4403)
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (Fax)
srichard@nixonpeabody.com

Dated: July 20, 2006

DEFENDANT,

SPEIDEL, INC.

By its Attorneys,

Gary R. Pannone (#1927)
Pannone Lopes & Devereaux, LLC
1800 Financial Plaza
Providence, RI 02903
(401) 824-5100
(401) 824-5123 (Fax)
gpannone@pld-law.com

Dated: July 19, 2006

ENTER

Ernest C. Torres
Chief, U.S. District Judge

DATE 7/28/06

10023589.1