UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHUN WO METAL FACTORY, LTD., Plaintiff, | : | |
| v. | : | C.A. No. 06-272-T |
| SPEIDEL, INC., Defendant. | : | |

**DISMISSAL STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties, acting by their undersigned and authorized counsel, stipulate that Plaintiff's Complaint is dismissed with prejudice and without costs.

PLAINTIFF,

CHUN WO METAL
FACTORY, LTD.

By its Attorneys,

/s/ Steven M. Richard
Steven M. Richard (#4403)
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (Fax)
srichard@nixonpeabody.com

Dated: September 21, 2006

DEFENDANT,

SPEIDEL, INC.

By its Attorneys,

/s/ Gary R. Pannone
Gary R. Pannone (#1927)
Pannone Lopes & Devereaux, LLC
1800 Financial Plaza
Providence, RI 02903
(401) 824-5100
(401) 824-5123 (Fax)
gpannone@pld-law.com

Dated: September 21, 2006